UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH LEVINE,
Plaintiff

v.     05 - 11736 GAO    Civil Action No. _____

ZNQ3, Inc.,
JEFFREY L. STUTZMAN, and
CHARLES MORGAN,

Defendants

## NOTICE OF REMOVAL

Now come the defendants, ZNQ3, Inc., Jeffrey L. Stutzman, and Charles Morgan, through counsel and respectfully give notice pursuant to 28 U.S.C. §§ 1441 and 1446 of the removal of this action from the Superior Court for Norfolk County, Massachusetts to the United States District Court for the District of Massachusetts. The defendants, solely for the purposes of removal, state as follows.

1. State Court Action

Plaintiff, Kenneth Levine, filed this action against the named defendants before the Superior Court for Norfolk County, Massachusetts in which he has alleged claims of fraud and violation of M.G.L.A. § 93-A.

2. Federal Jurisdiction

The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332. The plaintiff is a resident of Massachusetts. Defendants Morgan and Stutzman are both residents of New Hampshire. ZNQ3, Inc. is a Delaware corporation with a principal place of business in New Hampshire. There is more than $75,000.00 in issue.

3. Timeliness of Removal

The defendants first received notice of the Complaint filed against them on August 3, 2005. Removal of the action is, therefore, timely pursuant to 28 U.S.C. § 1446(b).

4. Relief Requested

The defendants request that the United States District Court for the District of Massachusetts assume jurisdiction over the above-captioned action and issue such further orders and processes as may be necessary to bring before it all necessary parties. Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings served upon the defendants are attached as Exhibit A.

Respectfully submitted,

CHARLES MORGAN
By his attorneys,
Bernstein, Shur, Sawyer and Nelson, PA


_____
Andru H. Volinsky, (BBO # 510920)
P.O. Box 1120
Manchester, NH 03105
603.623.8700


Jeffrey L. STUTZMAN
By his attorneys,
Cook, Little, Rosenblatt and Manson, P.L.L.C.


_____
Arnold Rosenblatt, (BBO# 638526)
650 Elm Street
4th Floor
Manchester, NH 03101
603.621.7102

ZNQ3, INC.
By its attorneys,
Rodgers, Powers and Schwartz, LLP

_____
Laurie Frankl (BBO# 64718 )
18 Tremont
Boston, Massachusetts 02108
617.742.7010

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served upon Jonathon Fitch, of   and Fitch,   this 22 day of August, 2005 by placing a true and exact copy of same in the U.S. Mail, postage prepaid.

_____
Andru H. Volinsky

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Kenneth Levine v. ZNQ3, Inc.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐  I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐  II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

   ☑  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
           315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
           380, 385, 450, 891.

   ☐  IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

   ☐  V.   150, 152, 153.

   _05 - 11736 GAO_

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   None known.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)
   YES ☐   NO ☑
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☑   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐    Central Division ☐    Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☑

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Andru H. Volinsky, Esq. Bar No. 510920
ADDRESS  Bernstein Shur, PO Box 1120, Manchester, NH  03105
TELEPHONE NO.  (603) 623-8700

(CategoryForm.wpd - 5/2/05)