UNITED STATES DISCTICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kenneth Levine,<br><br>      Plaintiff,<br><br>v.<br><br>ZNQ3, INC., JEFFREY L. STUTZMAN and CHARLES MORGAN,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   C. A. No. 05-cv-11736-GAO<br>)<br>)<br>)<br>)<br>)<br>) |

**SCHEDULING CONFERENCE**
**JOINT STATEMENT**

Pursuant to the Court's Notice of Scheduling Conference, the parties, through counsel, submit the following Joint Statement for the January 24, 2006 Initial Scheduling Conference:

        A.    <u>Pretrial Schedule</u>

| | | |
|---|---|---|
| February 1, 2006 | - | Exchange of all materials required by Fed. R. Civ. P. 26 (a)(1). |
| February 15 - March 15, 2006 | - | Mediation. |
| March 15 – October 1, 2006 | - | Depositions, document requests, interrogatories, requests for admissions. |
| May 1, 2006 | - | Expert reports by plaintiff. |
| July 1, 2006 | - | Expert reports by defendants. |
| July 1, 2006 | | Filing of any motions to amend the the complaint or to add parties. |

| | | |
|---|---|---|
| November 1, 2006 | - | Filing of any summary judgment motions. |
| November 6, 2006 | - | If no summary judgment motions are filed, a status conference will be held during the week of November 6, 2006. |
| December 4, 2006 | - | Filing of opposition to summary judgment motions. |
| December 14, 2006 | - | Filing of reply briefs. |

KENNETH LEVINE
By his attorneys,

/s/ *Amber R. Anderson*
Jonathan W. Fitch, BBO # 168510
Robert M. Mendillo, BBO #342780
Amber R. Anderson, BBO #647566
SALLY & FITCH LLP
225 Franklin Street
Boston, MA 02110
617-542-5542

CHARLES MORGAN
By his attorneys,
/s/ *Andru H. Volinsky*
Andru H. Volinsky, Esquire BBO # 510920
Bernstein, Shur, Sawyer & Nelson, P.A.
Jefferson Mill Building
670 North Commercial Street, Suite 108
P.O. Box 1120
Manchester, NH 03105-1120
603-623-8700

JEFFREY L. STUTZMAN
By his attorneys,
/s/ *Arnold Rosenblatt*
Arnold Rosenblatt, Esquire BBO # 638526
Cook, Little, Rosenblatt & Manson, P.L.L.C.
650 Elm Street
Manchester, NH 23101

603-621-7102

ZNQ3, INC.
By its attorneys,

/s/ *Harvey A. Schwartz*
Harvey A. Schwartz, Esquire BBO # 448080
Laurie Frankl, Esquire BBO # 647181
Rodgers, Powers and Schwartz, LLP
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010

Dated: January 17, 2006