UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH LEVINE, )<br> )<br> Plaintiff, )<br> )<br>v. )<br> )<br>ZNQ3, INC., JEFFREY L. STUTZMAN, )<br>and CHARLES MORGAN, )<br> )<br> Defendants. )<br> ) | 05-cv-11736 GAO |

## PLAINTIFF'S COUNSEL'S CERTIFICATION

I Jonathan W. Fitch, counsel for the plaintiff in this case, hereby certify that I have conferred with my client, Kenneth Levine, with a view to establishing a budget for the costs of conducting the full course – and alternative costs – of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Jonathan W. Fitch

Dated: January 11, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KENNETH LEVINE,                      )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )
                                     )       05-cv-11736 GAO
ZNQ3, INC., JEFFREY L. STUTZMAN,     )
and CHARLES MORGAN,                  )
                                     )
        Defendants.                  )
_____)

### PLAINTIFF'S CERTIFICATION

I Kenneth Levine, the plaintiff in this case, hereby certify that I have conferred with my counsel, Jonathan W. Fitch, with a view to establishing a budget for the costs of conducting the full course – and alternative costs – of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Kenneth Levine

Dated: January 12, 2006