UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                    *
Kevin Levine,                       *
      Plaintiff,                    *
                                    *    Case Number:   05-CV-11736
v.                                  *
                                    *
ZNQ3, Inc., Jeffrey L. Stutzman,    *
And Charles Morgan                  *
      Defendants
* * * * * * * * * * * * * * * * * * * * * * * *
```

### CLIENT CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(e), Jeff Stutzman and his counsel hereby certify that they have conferred (a) with a view towards establishing a budget for the costs of conducting the full course – with various alternative courses – of the litigation; and (b) to consider the resolution of the action through various types of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

By:   /s/ Jeff Stutzman
      Jeff Stutzman
      20 Cameron Lane
      Wilton, NH 03086

by his attorneys,

COOK, LITTLE, ROSENBLATT
& MANSON, P.L.L.C.

2

Dated: January 17, 2006                         By:  /s/ Arnold Rosenblatt
                                                                             Arnold Rosenblatt (BBO# 638526)
                                                                             650 Elm Street
                                                                             Manchester, NH  03101
                                                                             (603) 621-7102
                                                                             a.rosenblatt@clrm.com