UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * )
                                        )
Kenneth Levine,                         )
       Plaintiff                        )
                                        )   Case No.: 1:05-CV-11736-GAO
v.                                      )
                                        )
ZNQ3, Inc., Jeffrey L. Stutzman,        )
and Charles Morgan,                     )
       Defendants                       )
                                        )
* * * * * * * * * * * * * * * * * * * * )
```

## CLIENT CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(e), Charles Morgan and his counsel hereby certify that they have conferred (a) with a view towards establishing a budget for the costs of conducting the full course – with various alternative courses – of the litigation; and (b) to consider the resolution of the action through various types of alternative dispute resolution programs such as those outlines in Local Rule 16.4.

                                                                         Respectfully submitted,

                                                                         CHARLES MORGAN,

                                                                         By His Attorneys,

                                                                         BERNSTEIN SHUR

Dated: January 17, 2006        By: /s/ Andru H. Volinsky _____
                                                    Andru H. Volinsky, Esq.
                                                    BBO# 510920
                                                    670 N. Commercial St.
                                                    PO Box 1120
                                                    Manchester, NH  03105
                                                    (603) 623-8700