UNITED STATES DISCTICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kenneth Levine, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZNQ3, INC., JEFFREY L. STUTZMAN )<br>and CHARLES MORGAN, )<br>)<br>Defendants. )<br>) | C. A. No. 05-cv-11736-GAO |

### NOTICE OF APPEARANCE OF AMBER R. ANDERSON

Please enter the appearance of Amber R. Anderson as counsel for Plaintiff Kenneth Levine in the above-captioned action.

                                                KENNETH LEVINE
                                                By his attorneys,

                                                */s/ Amber R. Anderson*
                                                Jonathan W. Fitch, BBO # 168510
                                                Robert M. Mendillo, BBO #342780
                                                Amber R. Anderson, BBO #647566
                                                SALLY & FITCH LLP
                                                225 Franklin Street
                                                Boston, MA 02110
                                                617-542-5542

Dated: January 18, 2006