UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH LEVINE,        )<br>                               )<br>         Plaintiff,        )<br>                               )<br>v.                            )<br>                               )        05-cv-11736 GAO<br>ZNQ3, INC., JEFFREY L. STUTZMAN,   )<br>and CHARLES MORGAN,    )<br>                               )<br>         Defendants.       )<br>_____) | |

## PLAINTIFF'S COUNSEL'S CERTIFICATION

I Jonathan W. Fitch, counsel for the plaintiff in this case, hereby certify that I have conferred with my client, Kenneth Levine, with a view to establishing a budget for the costs of conducting the full course – and alternative costs – of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Jonathan W. Fitch

Dated: January __1/11__, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH LEVINE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZNQ3, INC., JEFFREY L. STUTZMAN, )<br>and CHARLES MORGAN, )<br>)<br>Defendants. )<br>) | 05-cv-11736 GAO |

### PLAINTIFF'S CERTIFICATION

I Kenneth Levine, the plaintiff in this case, hereby certify that I have conferred with my counsel, Jonathan W. Fitch, with a view to establishing a budget for the costs of conducting the full course – and alternative costs – of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Kenneth Levine

Dated: January 12, 2006