UNITED STATES DISCTICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kenneth Levine,<br><br>      Plaintiff,<br><br>v.<br><br>ZNQ3, INC., JEFFREY L. STUTZMAN and CHARLES MORGAN,<br><br>      Defendants. | C. A. No. 05-cv-11736-GAO |

## NOTICE OF APPEARANCE

I, Robert R. Mendillo, hereby enter my appearance as co-counsel for plaintiff, Kenneth Levine.

Respectfully Submitted,
KENNETH LEVINE
By his attorneys,

/s/ Robert M. Mendillo
Jonathan W. Fitch, BBO # 168510
Robert M. Mendillo, BBO #342780
Amber R. Anderson, BBO #647566
SALLY & FITCH LLP
225 Franklin Street
Boston, MA 02110
617-542-5542

Dated: March 23, 2006

## **CERTIFICATE OF SERVICE**

  I, Robert M. Mendillo, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 23, 2006.

                */s/ Robert M. Mendillo*
                Robert M. Mendillo