UNITED STATES DISCTICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kenneth Levine, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-cv-11736-GAO |
| ) | |
| ZNQ3, INC., JEFFREY L. STUTZMAN ) | |
| and CHARLES MORGAN, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION TO CANCEL THE MARCH 29, 2006**
**STATUS CONFERENCE**

Plaintiff, with the consent of all defendants, hereby moves to cancel the status conference scheduled for March 29, 2006.

In support of this motion, plaintiff states that the status conference was scheduled for a date after the parties had engaged in mediation. However, the mediation, which had been scheduled for March 27th, has recently been rescheduled to May 4th. In view of this, and because a hearing is scheduled for April 3rd on a motion by ZNQ3 Inc.'s counsel to withdraw, it seems appropriate to continue the status conference to a date after the May 4th mediation.

WHEREFORE, plaintiff, with the consent of all parties, requests that the March 29th status conference be cancelled, and that a date for a status conference after May 4th be set.

Respectfully submitted,

KENNETH LEVINE
By his attorneys,

*/s/ Robert M. Mendillo*
Jonathan W. Fitch, BBO # 168510
Robert M. Mendillo, BBO #342780
Amber R. Anderson, BBO #647566
SALLY & FITCH LLP
225 Franklin Street
Boston, MA 02110
617-542-5542

Assented to:

*/s/ Andru H. Volinsky with permission*
Andru H. Volinsky, Esquire
Bernstein Shur
670 North Commercial Street
Suite 108
P.O. Box 1120
Manchester, NH 03105
603-623-8700

*/s/ Arnold Rosenblatt with permission*
Arnold Rosenblatt, Esquire
Cook, Little, Rosenblatt & Manson PLLC
650 Elm Street
Manchester, NH 03101
603-621-7102

*/s/ Laurie A. Frankl with permission*
Laurie A. Frankl, Esquire
Rodgers, Powers & Schwartz LLP
18 Tremont Street
Boston, MA 02108
617-742-7010

Dated: March 23, 2006

## **CERTIFICATE OF SERVICE**

I, Robert M. Mendillo, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 23, 2006.

/s/ *Robert M. Mendillo*
Robert M. Mendillo