UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 APR -3  P 1:45

U.S. DISTRICT COURT
DISTRICT OF MASS.

Levine

v.     Dkt No.--CA05-11736 (O'Toole, J.)

ZNQ3, Inc. et als

Request for Leave to File, and Submission of Pro Se Corporate Appearance

NOW COME James McKee and Tim Platt, members of the Board of Directors of ZNQ3, Inc., a New Hampshire corporation and a defendant in the above litigation (ZNQ3), through their agent, Tim Platt ("Agent"), and respectfully request leave of this Court to file this Pro Se corporate appearance on behalf of ZNQ3, and submit this Pro Se corporate appearance on behalf of ZNQ3. In support thereof, Agents state as follows:

1. Messrs. McKee and Platt are the remaining members of the Board of Directors of ZNQ3 (the "Board").

2. On information and belief, Attorney Frankl either intends to withdraw or has withdrawn its appearance in this case as legal counsel in this matter.

3. ZNQ3 does not currently have the resources to retain substitute legal counsel.

4. The Board has adopted the resolution attached as Exhibit A authorizing the Agent to make this Pro Se corporate appearance on behalf of ZNQ3.

5. Mr. Platt's mailing address, as Agent, is:

   P.O. Box 1318

1090531.1

2

Concord, NH 03302-1318

Now, therefore, the Agent respectfully requests that this Court:

    A. Grant Agent leave to file this Pro Se Corporate Appearance;

    B. Accept for filing this Pro Se Corporate Appearance; and

    C. Grant such other relief as may be just and equitable.

                                              Respectfully submitted,

                                                **AGENT**

                                                Tim Platt
                                                P.O. Box 1318
                                                Concord, NH 03302-1318
                                                603-410-1520

Dated: April 3, 2006                By: _____
                                              Tim Platt

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 3rd day of April 2006 he has hand-delivered or mailed a copy of this Request and Submission, postage prepaid, to counsel of record, Attorneys Fitch, Frankl and Rosenblatt.

_____
Tim Platt

1090531.1

## EXHIBIT A

The undersigned Director of ZNQ3 Inc. (Company) hereby certifies that: (i) the following Resolution was duly adopted by the Board of Directors of the Company at a special meeting of the Board of Directors dated April 3, 2006:

> **RESOLVED:** That Tim Platt, as Agent of the Company, is hereby authorized to file a Pro Se corporate appearance on behalf of the Company in the Litigation, and, as a non-lawyer agent: to represent the Company in the Litigation in all respects, and to file all such pleadings and other papers and to take such action(s) as he in his discretion deem necessary or desirable to defend and resolve the Litigation.

and (ii) the foregoing Resolution has not been modified or repealed, and remains in full force and effect.

Dated: April 3, 2006

_____
Tim Platt

1090531.1