UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * )
                                      )
Kenneth Levine,                       )
        Plaintiff                     )
                                      )
v.                                    )   Case No.:  05-cv-11736
                                      )
ZNQ3, Inc., Jeffrey L. Stutzman,      )
and Charles Morgan,                   )
        Defendants                    )
                                      )
* * * * * * * * * * * * * * * * * * * )
```

## MOTION TO RESCHEDULE MEDIATION

Now comes the defendant, Charles Morgan, though counsel, and respectfully moves the court to reschedule the mediation in this case that is now scheduled for May 4, 2006 because Mr. Morgan has long standing plans to travel to Europe.

In support of this Motion, Mr. Morgan states as follows:

1. This is a securities fraud case brought by plaintiff Kenneth Levine in which Levine alleges that he purchased stock in defendant ZNQ3, Inc. based on misrepresentations made by the corporation and the individual defendants.  Defendant Jeffrey Stutzman was the Chief Executive Officer of the corporation.  Defendant Morgan was a member of the Board of Directors.  Two other members of the Board of Directions of ZNQ3 are not individual parties in this matter.

2. The parties are all desirous of attempting to negotiate or mediate a resolution to this matter before extensive and costly legal proceedings are undertaken.  Thus, by agreement, the parties have attempted to engage in mediation.

3. Mediation was first scheduled to take place in this matter on March 27, 2006. Mr. Morgan was ready, willing and able to attend that mediation. Unfortunately, the mediation was canceled at the last minute by the mediator.

4. Without consulting the parties, May 4, 2006 was chosen as the next date for the mediation.

5. Undersigned counsel recently learned that Mr. Morgan and his wife have long standing plans to travel to Europe leaving May 2, 2006 and returning May 10, 2006. The travel plans were arranged in March 2006. See Exhibit 1, travel itinerary. Mr. Morgan, thus, is not available to attend a mediation in Boston on May 4, 2006.

6. Mr. Morgan respectfully requests that the mediation be rescheduled to a mutually convenient date in June 2006, with the exception of June 8, 9 and 19 as undersigned counsel already has prior commitments on those dates.

7. Counsel has made a good faith effort to obtain the concurrence of the other parties to this matter. ZNQ3 and Stutzman do not take a position, and plaintiff Levine does not concur in this request. Given the nature of the instant motion, a memorandum of law is not necessary.

                                          Respectfully submitted,
                                          CHARLES MORGAN,
                                          By His Attorneys,

                                          BERNSTEIN SHUR

Dated: April 12, 2006                  By: _/s/ Andru H. Volinsky _____
                                                Andru H. Volinsky, Esq.
                                                BBO# 510920
                                                670 N. Commercial St.
                                                PO Box 1120
                                                Manchester, NH 03105
                                                (603) 623-8700

3

Certificate of Service

I, Andru H. Volinsky, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 12, 2006.

_____/s/ Andru H. Volinsky _____
Andru H. Volinsky, Esq.

**Ambassador World**

416-E Daniel Webster HWY, PO Box 39
Merrimack, New Hampshire 03054
Telephone: 603/424-4715 • 800/842-4220 • Fax: (603) 424-9820

www.aw-travel.com

DATE: 28 MAR 06
PAGE: 01

SALES PERSON: MARGARET    ITINERARY/INVOICE NO. 2099420    DWWUBP

TO: MR MRS C MORGAN
1 EDWARDS CIRCLE
BEDFORD NH 03110

FOR: MORGAN/CHARLES
MORGAN/LAURA

02 MAY 06    TUESDAY
OTHER    MANCHESTER    NH
A NONREFUNDABLE SERVICE FEE HAS BEEN INCORPORATED
AIR    DELTA AIR LINES INC FLT:5548    ECONOMY
BOSTON-NEW YORK JFK OPERATED BY COMAIR INC    EQP: CANADAIR REG JE
115P    01HR 15MIN
LV BOSTON    NON-STOP
DEPART: TERMINAL A    230P    REF: RY6QYQ
AR NEW YORK JFK
ARRIVE: TERMINAL 3
MORGAN/CHARLES    SEAT- 4A    DL-2032751989
MORGAN/LAURA    SEAT- 4B    DL-2328468813    DINNER
AIR    DELTA AIR LINES INC FLT:94    ECONOMY    EQP: BOEING 767 30
540P    08HR 05MIN
LV NEW YORK JFK    NON-STOP
DEPART: TERMINAL 3    745A    REF: RY6QY

03 MAY 06    WEDNESDAY
AR BARCELONA
ARRIVE: TERMINAL A    DL-2032751989
MORGAN/CHARLES    SEAT-29A    DL-2328468813
MORGAN/LAURA    SEAT-29B    OUT-04MAY
1 NIGHT    1H SUPER BEI
HOTEL BARCELONA    1 ROOM    SUPERIOR SAFE DE
UTELL    MINIBAR AIR CON NIGHT
MAJESTIC HOTEL    RATE 249.00EUR PER TO ARRIVAL
PASSEIG DE GRACIA 68    CANCEL 21 DAYS P
BARCELONA 08007
SPAIN
FONE 34 93 4881717
FAX  34 93 4881853
GUARANTEED LATE ARRIVAL
CONFIRMATION 78379116
REQUEST EARLY CHECKIN

LUNCH
10 MAY 06    WEDNESDAY    ECONOMY    EQP: BOEING 767 30
AIR    DELTA AIR LINES INC FLT:95    1042A    08HR 35MIN
LV BARCELONA    NON-STOP
DEPART: TERMINAL A    115P    REF: RY6QYQ
AR NEW YORK JFK    /13
ARRIVE: TERMINAL 3
MORGAN/CHARLES    SEAT-26A    DL-2
MORGAN/LAURA    SEAT-26B    DL-