FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2007 FEB -8  P 12: 34

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| Kenneth Levine ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-cv-11736-GAO |
| ) | |
| ZNQ3, INC., JEFFREY L. STUTZMAN ) | |
| and CHARLES MORGAN ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kenneth Levine and defendants ZNQ3, Inc., Jeffrey L. Stutzman and Charles Morgan, by their undersigned counsel, stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that this matter be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs, and waiving all rights to appeal.

KENNETH LEVINE
By his attorneys,

Dated: 2/2/07

Jonathan W. Fitch, BBO # 168510
Robert M. Mendillo, BBO #342780
SALLY & FITCH LLP
225 Franklin Street
Boston, MA 02110
617-542-5542

CHARLES MORGAN
By his attorneys,

Dated: 2/6/07

_____
Andru H. Volinsky, Esquire BBO # 510920
Bernstein, Shur, Sawyer & Nelson, P.A.
Jefferson Mill Building
670 North Commercial Street, Suite 108
P.O. Box 1120
Manchester, NH 03105-1120

JEFFREY L. STUTZMAN
By his attorneys,

Dated: 2/2/07

_____
Arnold Rosenblatt, Esquire BBO # 638526
Cook, Little, Rosenblatt & Manson, P.L.L.C.
650 Elm Street
Manchester, NH 23101

ZNQ3, INC.
By its agent,

Dated: 2/5/07

_____
Tim Platt
P.O. Box 1318
Concord, NH 03302-1318